IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00652-ZLW-PAC

LUIS R. MALDONADO, and
MELANIE A. MALDONADO,

    Plaintiffs,

v.

WESTERN MASS. CREDIT CORP., a Massachusetts corporation,

    Defendant.

## ORDER OF DISMISSAL

The matter before the Court is an Unopposed Motion To Dismiss With Prejudice. In consideration thereof, it is

ORDERED that the Unopposed Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney fees.  It is

FURTHER ORDERED that the Order To Show Cause is discharged.

DATED at Denver, Colorado, this   16   day of June, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court